No. 864. TRAMONTANA *v.* VARIG AIRLINES. C. A. D. C. Cir. Certiorari denied. *Eugene Gressman* and *Hyman Smollar* for petitioner. *Harry A. Bowen* and *John L. Laskey* for respondent.

No. 894. SALTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Frank E. Haddad, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 918. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Lester P. Schoene, Milton Kramer* and *Richard H. Frank* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 934. WOOD *v.* WOOD. Ct. App. N. Y. Certiorari denied. *Harris B. Steinberg* for petitioner. *Simon H. Rifkind* for respondent.

No. 935. FORREST VILLAGE APARTMENTS, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley* for petitioner. *Solicitor General Marshall* for the United States.

No. 938. TENNESSEE GAS TRANSMISSION Co. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Vernon M. Turner* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis, Howard O. Sigmond* and *Raymond N. Zagone* for the United States.